UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REBECCA DAVIS                                          CIVIL ACTION

VERSUS                                                 NO: 10-4412

MICHAEL J. ASTRUE,                                     SECTION: R(5)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

**ORDER**

The Court, having reviewed *de novo* the complaint,[1] the *pro se* plaintiff's letter brief,[2] the defendant's cross-motion for summary judgment,[3] the applicable law, and the Magistrate Judge's Report and Recommendation,[4] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, plaintiff's letter brief is DENIED, defendant's motion for summary judgment is GRANTED, and Davis's petition for review of the final decision of the Commissioner of the Social Security Administration is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day of February, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 2.

[2]   R. Doc. 12.

[3]   R. Doc. 14.

[4]   R. Doc. 15.